UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

United States of America,          :
                                   :        2005 MAR 22  A 11: 57
         v.                        :
                                   :        U.S. DISTRICT COURT
Carl McCluster,                    :        BRIDGEPORT, CONN.
                                   :    DOCKET NO: 3:00CR147 (JCH)
         and                       :
                                   :
Shiloh Baptist Church              :
477 Broad Street                   :
Bridgeport, CT 06604               :
              Garnishee.           :

## ANSWER OF THE GARNISHEE

I, __Shequilla Robertson__, BEING DULY SWORN DEPOSES AND SAYS:
   (affiant)

   IF GARNISHEE IS AN INDIVIDUAL:

   That he/she is Garnishee herein doing business in the name of _____.
      state full name and address of business

   IF GARNISHEE IS A PARTNERSHIP:

   That he/she is a member of the Garnishee's partnership

   IF GARNISHEE IS A CORPORATION:

   That he/she is the __Trustee__ of Garnishee, a
                     (state official title)

corporation, organized under the laws of the State of __Connecticut__

   On or about 02/03, 2005, Garnishee was served with the Writ of Garnishment.

   By agreement with the Office of the United States Attorney, the answer date of the Garnishee Shiloh Baptist Church was extended to March 21, 2005.

For the pay period in effect on the date of service:

Yes    No

_X_    ___    1.    Defendant was in my/our employ.

             2.    Pay period is ___ weekly, _X_ bi-weekly, ___ semi-monthly, ___ monthly.

*03-07-2005    Enter the date present pay period began. (present means the pay period in which this order and notice of garnishment were served)

*03-20-2005    Enter date above pay period ends.

             3.    Enter amount of net wages.    Calculate below:

| | |
|---|---|
| (a) Gross Pay | $3,386.60* |
| (b) Federal income tax | $0 |
| (c) F.I.C.A income tax | $70.39 |
| (d) State income tax | $0 |
| Total of tax withholdings | $70.39 |
| Net Wages (less total of b,c,d) | $3,316.21 * |

*Please note that pursuant to 28 U.S.C. § 3205, the government is entitled to garnish up to 25% for the Defendant's net wages.

The Garnishee has the following objections, defenses or setoffs to the Government's right to apply Garnishee's indebtedness to Defendant upon Government's Claim:_____

---

*By agreement with the Office of the United States Attorney, the parties have agreed that the garnishment shall begin with the compensation payable to the Defendant on March 25, 2005. The Defendant's monthly compensation payable by Shiloh Baptist Church is as follows: Net Salary: $849.74; Housing Allowance: $1,600.00; Utilities: $121.00; Renter's Insurance: $30.00; Health Insurance: $262.00; Retirement, disability and life insurance (payable to Ministry and Missionaries Benefits Board): $453.47; Automobile Allowance: not yet agreed upon.

2

** Check 1 and/or 2 if applicable**

_____ 1. The Garnishee is in no manner and upon no account indebted or under liability to the defendant, Carl McCluster, and that the Garnishee does not have in his/her/its possession or control any property belonging to the Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.

_____ 2. The Garnishee hereby requests a hearing regarding this Writ of Garnishment because _____
_____

The Garnishee mailed a copy of this Answer by first-class mail to the Defendant on  March 21, 2005  at
                                        (date)

 184 Buddington Road, Shelton, CT 06484 
(state street address, city, state and zip code)

or hand delivered to _____
                    (state actual address of where it was hand delivered)

on _____
     (date)

_____
(Affiant's signature)

Subscribed and sworn to before me this 21st day of March 2005.

_____
Gregory B. Schiller, Esq. (ct20606)
Commissioner of the Superior Court

3